UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | : | |
| | : | CRIMINAL NO. 1:16-CR-00215 |
| v. | : | |
| | : | |
| CHRISTIAN HOGAN, | : | |
| Defendant | : | |

*O R D E R*

AND NOW, this 12th day of December, 2017, upon consideration of Defendant Christian Hogan's motion (Doc. 40) to suppress, and in accord with our accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion to suppress is DENIED as to all of the physical evidence seized from 327 East Philadelphia Street, York, PA, and 766 West Market Street, York, PA.

2. With regard to Defendant's Miranda claims pertaining to the oral statements he allegedly made during the search of each apartment, an evidentiary hearing will be held on **Tuesday, January 23, 2018, at 10:30 a.m.**

/s/ William W. Caldwell
William W. Caldwell
United States District Judge