# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-215** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **CHRISTIAN HOGAN,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 12th day of March, 2018, upon consideration of the motion (Doc. 40) to suppress filed by defendant Christian Hogan ("Hogan"), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that Hogan's motion is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania