UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:16-CR-215 |
| | ) | |
| v. | ) | (Chief Judge Conner) |
| | ) | |
| CHRISTIAN HOGAN, | ) | (Electronically Filed) |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on December 18, 2018, ordering the defendant to forfeit:

    a. Smith and Wesson revolver, serial number 99K5478 with six rounds of .38 caliber CCI ammunition.

All personal service was completed and notice of the Preliminary Order of Forfeiture was published on the government's internet forfeiture website.

All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than thirty days after the date of final publication of notice.

No petitions were filed within the thirty-day period required by 21 U.S.C. § 853(n)(2). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

(1) All right, title, and interest, including the interests of titled owners, spouses, and any other interested parties, in the above-described property are hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

(2) The United States is entitled to its costs herein;

(3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

(4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 1st day of August 2019.

/s/ CHRISTOPHER C. CONNER
CHRISTOPHER C. CONNER
CHIEF UNITED STATES DISTRICT JUDGE